UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE MITCHELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE JAMES, <br><br> Defendant. | No. 1:20-cv-01751-ADA-GSA (PC) <br><br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL</u> <br><br> (Doc. No. 14) <br><br> <u>ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM</u> <br><br> <u>ORDER FOR CLERK TO CLOSE CASE</u> |

Plaintiff Willie Lee Mitchell, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2022, the magistrate judge entered findings and recommendations, recommending that this case be dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983. (Doc. No. 14.) On May 31, 2022, plaintiff filed timely objections. (Doc. No. 17.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported

by the record and proper analysis.

    Accordingly,

1. The findings and recommendations issued by the magistrate judge on March 25, 2022 are adopted in full;
2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   September 21, 2022

UNITED STATES DISTRICT JUDGE

2